# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| JOSHUA COROZZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-06168-CV-SJ-GAF |
| ) | |
| CENTRINEX, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court are Defendant Centrinex, LLC's ("Defendant") Motion for Extension of Time to Respond to Discovery (Doc. # 6) and Motion to Stay Rule 26(A)(1) Initial Disclosures and Discovery. (Doc. # 11). Defendant filed a Motion for Summary Judgment on January 24, 2020 (Doc. # 7) and asserts that discovery is unnecessary in light of the summary judgment Motion and the lack of merit to the Complaint. (Docs. ## 6, 11). Plaintiff Joshua Corozzo ("Plaintiff") opposes both the Motion for Extension of Time and the Motion to Stay. (Doc. # 10; Doc. # 11, ¶ 7). Of note, Plaintiff has filed a Motion to Stay[1] briefing of the summary judgment motion, or in the alternative, and Motion for Extension of Time to respond to the summary judgment motion to conduct discovery on the factual assertions contained in the Motion for Summary Judgment. (Doc. # 12). Upon consideration of the Motions filed to date and a review of the Complaint and the Motion for Summary Judgment, it is

ORDERED that Defendant's Motion for Extension of Time to Respond to Discovery (Doc. # 6) is GRANTED in part. Defendant shall respond to Plaintiff's initial discovery requests on or before February 28, 2020.

---

[1] This Motion will be ruled upon after fully briefed.

IT IS FURTHER ORDERED that Defendant's Motion to Stay (Doc. # 11) is DENIED.

**IT IS SO ORDERED.**

                                                s/ Gary A. Fenner
                                                GARY A. FENNER, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED:       February 13, 2020